October 20, 2015

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

**REPORT & RECOMMENDATION**
15-CR-192W

FELIPE SOLIS-SANCHEZ,

Defendant(s).

The above case was referred to me by the Hon. Elizabeth A. Wolford, with the consent of the defendant, to take the defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure for a Report and Recommendation. The following is my Report and Recommendation as to the defendant's plea of guilty.

On October 20, 2015, the defendant entered a plea of guilty in this case. In accordance with my oral Report and Recommendation at the close of the plea proceeding, it is my Report and Recommendation that the defendant's plea of guilty accords with the requirements of Rule 11 of the Fed. R. Crim. P. and that your Honor adjudge the defendant guilty of the offense(s) to which the guilty plea was offered.

SO ORDERED.

Dated: October 20, 2015
Buffalo, New York

H. KENNETH SCHROEDER, JR.
United States Magistrate Judge