UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FELIPE SOLIS-SANCHEZ,

        Defendant.

---

**DECISION AND ORDER**

1:15-CR-192 EAW

    This Court referred the above-captioned matter to United States Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b), for a change of plea proceeding under Fed. R. Crim. P. 11. The defendant, Felipe Solis-Sanchez, consented to the proceeding being before the Magistrate Judge (Dkt. 8).

    On October 20, 2015, defendant Solis-Sanchez appeared before the Magistrate Judge and entered a plea of guilty to Count 1 of the Indictment. Magistrate Judge Schroeder made an oral Report and Recommendation immediately after the change of plea proceeding, and filed a written Report and Recommendation (Dkt. 10) confirming that defendant's entry of plea of guilty met the requirements of Fed. R. Crim. P. 11, and recommending that the Court accept the guilty plea. No objections to the Report and Recommendation were timely filed, and no extension of time to file objections was sought.

    Pursuant to 28 U.S.C. § 636(b), Magistrate Judge Schroeder's Report and Recommendation (Dkt. 10) is adopted in its entirety, and the court hereby accepts the

defendant, Felipe Solis-Sanchez's plea of guilty, and defendant Solis-Sanchez is hereby adjudged guilty of violating 8 U.S.C. §§ 1326(a) & 1326(b)(1) as charged in Count 1 of the Indictment. A schedule for sentencing filings and proceedings will be issued.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated:   November 4, 2015
         Rochester, New York